UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-23134-CIV-MARTINEZ

JESUS GONZALEZ,
    Plaintiff,

vs.

SUNSHINE RESTAURANT MERGER SUB, LLC d/b/a INTERNATIONAL HOUSE OF PANCAKES (IHOP) #36-30 and WINDMILL PROPERTIES, LLC,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice, (ECF No. 13). Having reviewed the record and otherwise being fully advised, it is:

**ORDERED** and **ADJUDGED** that this action is **DISMISSED WITH PREJUDICE,** all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of October, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record